COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
  
  
 IN RE:  JOHNNIE
 DEMPSEY WOOD,
  
                                               
 Relator.
  
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
  
 
 
  
  
  
                   No. 08-12-00273-CR
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
  
 
 


                            MEMORANDUM OPINION ON MOTION TO
DISMISS

 

            Pending before the Court is a motion
filed by Relator, Johnnie Dempsey Wood, to dismiss this mandamus
proceeding.  Relator states in his motion
that the Respondent has granted the relief he sought by his mandamus
petition.  Accordingly, we grant the
motion and dismiss the mandamus proceeding.

 

September 26, 2012                            _______________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

 

(Do Not Publish)